**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7763

OSCAR LEE SYKES,

Plaintiff - Appellant,

versus

HORRY COUNTY; TOM FOX, Director; SUSAN
SAFFORD, Captain; A. CUNNINGHAM, Lieutenant,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(4:04-cv-02329-RBH)

Submitted:  February 22, 2007          Decided:  March 2, 2007

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Oscar Lee Sykes, Appellant Pro Se.  Edgar Lloyd Willcox, II,
WILLCOX, BUYCK & WILLIAMS, PA, Florence, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oscar Lee Sykes appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Sykes' motion for appointment of counsel and affirm for the reasons stated by the district court. See Sykes v. Horry County, No. 4:04-cv-02329-RBH (D.S.C. Sept. 28, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED